United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| JESSE LEE DRONES, (TDCJ–CID #472216) Petitioner, | § CIVIL ACTION NO. § 4:20-3700 § § § |
| vs. | § JUDGE CHARLES ESKRIDGE § § |
| BOBBY LUMPKIN, *et al.*, Respondents. | § § |

## ORDER OF DISMISSAL

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same day.

SO ORDERED.

Signed on March 4, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge